THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHAN PITTS, Appellant. [917 NYS2d 857]—

We find the sentence excessive to the extent indicated. Concur—Gonzalez, P.J., Tom, Andrias, Renwick and Abdus-Salaam, JJ.